988 A.2d 1007

**Rubin PAZ–RUBIO**

v.

**The Honorable Janice R. AMBROSE.**

**No. 92, Sept. Term, 2009.**

Court of Appeals of Maryland.

Feb. 16, 2010.

Paul Victor Jorgensen, Middletown, MD (Norman C. Usiak, Frederick, MD), on brief, for Petitioner.

Kendra Y. Ausby, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore, MD), on brief, for Respondent.

---

5. In 2008, the provisions of RP § 7–311 were transferred to RP § 7–312.

ARGUED BEFORE BELL, C.J., HARRELL, BATTAGLIA, GREENE, MURPHY, ADKINS and BARBERA, JJ.

## PER CURIAM ORDER

This case having been argued before the Court in the February, 2010 Session of Court, it is this 16th day of February, 2010

ORDERED, by the Court of Appeals of Maryland, that the Order in the Court of Special Appeals dated June 8, 2009 dismissing the appeal be, and it is hereby, affirmed and said Order be adopted by this Court as this case is moot.